UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN PETTINGILL on behalf of himself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> CLASSIC DINING OF GREENWOOD, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 1:21-cv-02493-JPH-DML ) ) ) ) ) ) |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The Court has reviewed the terms of the settlement reached by the parties and approves it as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act. The parties' joint motion for court approval of the settlement is therefore **GRANTED**. Dkt. [28]. This case is **DISMISSED with prejudice** with each party to bear its own attorney fees and costs except as otherwise agreed. Final judgment will issue in a separate entry.

**SO ORDERED.**

Date: 6/20/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Clifford P. Bendau, II
BENDAU & BENDAU PLLC
cliffordbendau@bendaulaw.com

2

Stephanie M.G. Dinkel
KOEHLER DINKEL LLC
sdinkel@kdllclaw.com

Renee L. Koehler
KOEHLER & PASSARELLI, LLC
rkoehler@kdllclaw.com

James L. Simon
LAW OFFICES OF SIMON & SIMON
jameslsimonlaw@yahoo.com

2