UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN PETTINGILL on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-02493-JPH-DML ) |
| CLASSIC DINING OF GREENWOOD, INC., | ) ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This parties' settlement agreement **is approved** and this case **is dismissed with prejudice**.

**SO ORDERED.**

Date: 6/20/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _____
Deputy Clerk, U.S. District Court

Distribution:

Clifford P. Bendau, II
BENDAU & BENDAU PLLC
cliffordbendau@bendaulaw.com

Stephanie M.G. Dinkel
KOEHLER DINKEL LLC
sdinkel@kdllclaw.com

Renee L. Koehler
KOEHLER & PASSARELLI, LLC
rkoehler@kdllclaw.com

James L. Simon
LAW OFFICES OF SIMON & SIMON
jameslsimonlaw@yahoo.com